dismissal of the complaint. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JERSEY SHORE TRUST COMPANY, Respondent, v. JAMES O. SEBRING, Appellant.— Orders affirmed. Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that a question of fact is presented as to whether the notes of Wentz were accepted by the bank in payment of the trade acceptance so that the trade acceptance then became the property of the said Wentz. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CRESCENTIA DEE, an Infant, etc., Respondent, v. BEATRICE SPENCER and Others, Defendants; HERBERT SPENCER, Appellant, and JAMES COLLINS, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, upon the opinion by Crosby, J., in the case of *Dee* v. *Spencer* (*ante* p. 217), decided herewith. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SOL ROSENBERG and Another, Appellants, v. GENERAL REALTY SERVICE, INCORPORATED, and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

KATHRYN A. REYNELL, Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the law and for dismissal of the complaint on the ground that death did not result directly, solely and exclusively through external, violent and accidental means. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [139 Misc. 317.]

WILLIAM CLOSE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Judgment affirmed, with costs. All concur, except Crouch and Edgcomb, JJ., who dissent and vote for reversal on the facts on the ground of misconduct by counsel in willfully using in his argument documentary evidence in effect rejected on the trial. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANK H. VALONE, Respondent, v. HENRY SEMO, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JULIA METZGER, Appellant, v. FRED W. METZGER and Others, Respondents.— Judgments in favor of defendants affirmed, with costs, except judgment in favor of defendant MacLeod as receiver, etc., which is reversed on the law and a new trial is granted as to that defendant, with costs to appellant to abide event. Per Curiam. The evidence of collision between the street car and the Dietzen-Gloff automobile "almost instantly" after the air-horn signal warrants, under the surrounding circumstances, an inference of negligent control by the motorman and of inadequate time for the drivers of the automobiles to act after the signal was given. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BENONI J. NIGHTENGALE, Respondent, v. BYRON PRODUCE CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that there is insufficient proof (1) that defendant furnished to plaintiff Omolene in such condition that it was likely to poison animals which